ORIGINAL

1983 FORM Rev. 01/2008

David White Reg. No. 06317-122
_____
Name and Prisoner/Booking Number
FDC Honolulu
_____
Place of Confinement
P.O. Box 30080
_____
Mailing Address
Honolulu, Hawaii 96820
_____
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 11 2022 *jm*

at 2 o'clock and 30 min. PM
CLERK, U.S. DISTRICT COURT
*unpaid, IFP pending*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

David White
_____
(Full Name of Plaintiff)

Case No. **CV22  00159  JMS  RT**
(To be supplied by the Clerk)

vs.

Estella Derr
_____

Dr. Kwon
_____

_____

_____
(Full Names of Defendants; DO NOT USE *et al.*)

**PRISONER CIVIL RIGHTS COMPLAINT**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: ___David White_____

   Institution/city where violation occurred: ___FDC Honolulu_____

3. First Defendant *: ___Estella Derr_____

This defendant is a citizen of (state and county) ___Hawaii_____ ___Oahu_____,
and is employed as:

___Warden_____ at ___FDC Honolulu_____.
        (Position and Title)                              (Institution)
This defendant is sued in his/her __☒ individual __☒ official capacity (check one or both). Explain how

Received By Mail
Date 4/11/2022 *jm*

Filed Copy
Mailed On
Date 4/12/2022

1

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden of FDC Honolulu and responsible for all

policies related to inmates access to medical devices.

4. Second Defendant: ___Dr. Kwon___

This defendant is a citizen of (state and county) ___Hawaii___
Oahu_____, and is employed as:

Head of Health Services___ at _____FDC Honolulu_____
       (Position and Title)                                    (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both).  Explain how this defendant was acting under color of law:

The Defendant is in charge of Health Services at FDC Honolulu and

the Plaintiff is in his care.

5.  Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
       (Position and Title)                                    (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*        A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity,** you must be able to state facts showing that the defendant was actually involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM  Rev. 01/2008

## B.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☒ No

2.  If your answer is yes, how many?: _____  Describe the lawsuit in the spaces below.

3.  First previous lawsuit:

    a.    Plaintiff _____

        Defendants _____

    b.    Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.    Claims raised: _____

    d.    Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.    Approximate date of filing lawsuit _____

    f.    Approximate date of disposition _____

4.  Second previous lawsuit:

    a.    Plaintiff _____

        Defendants _____

    b.    Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.    Claims raised: _____

    d.    Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.    Approximate date of filing lawsuit _____

    f.    Approximate date of disposition _____

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.   Plaintiff _____

            Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

            _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

            _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.      Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

          **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

## COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☒Mail  ☐ Access to the court  ☒Medical care
☐ Disciplinary proceedings  ☒Property  ☐ Exercise of religion  ☐Retaliation
☐ Excessive force by an officer  ☐Threat to safety  ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff completed a Sleep Study on 5/16/2021 which resulted in an order for the Plaintiff to use a CPAP machine and confirmed sleep apnea. Defendant Dr. Kwon approved the use of a CPAP machine for the Plaintiff, but never offered the machine and told the Plaintiff that he would have to purchase the machine and have it sent in (November 2021). The Plaintiff's family sent a CPAP machine to FDC Honolulu in November with the required authorization forms from FDC Honolulu. When the CPAP machine arrived it was refused and sent back to the Plaintiff's family. The Plaintiff was given a rejection form, though he had authorization. The Defendant's refuse to now provide a machine and the Plaintiff's authorization has expired.

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Sleep deprivation and fatigue.

5

1983 FORM  Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care
☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation
☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM Rev. 01/2008

# COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$7,500.00 for continued suffering and an Order from the Court to
the Defendant's to immediately provide a CPAP machine.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __18__ day of __March_____, _2022_ .
                         (month)              (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.